**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JERRY BROWN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 4:26-CV-153-DMB-JMV**

**TOWER LOAN OF KOSCIUSKO, ET AL.** **DEFENDANTS**

**AMENDED ORDER STAYING THE CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURES, AND DISCOVERY**

Local Uniform Civil Rule 16(b)(1)(B) provides that filing a motion to remand "will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions." Plaintiff Jerry Brown filed his Motion to Remand [Doc. 11] in this matter on September 1, 2026. Accordingly, at this time it would be appropriate to stay the case management conference, initial disclosures, and discovery not relevant to the remand issue in this case pending a ruling on the Motion to Remand.

To be clear, the Court has already entered a Stay Order [Doc. 9] pending resolution of the Motion to Dismiss [Doc. 6]. With the entry of this Order, this case is stayed pending a ruling on *both* the Motion to Dismiss [Doc. 6] and the Motion to Remand [Doc. 11].

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on *both* the Motion to Dismiss [Doc. 6] and the Motion to Remand [Doc. 11]. Defendants shall notify the undersigned within seven (7) days of a decision on the motions, and shall submit a proposed order lifting the stay, if applicable.

**SO ORDERED**, this, the 2nd day of September, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**